FILED '10 DEC 30 12:07 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

SCOTT WILLIAM KYGER,            )
                                )
              Plaintiff,        )
                                )    Civil No. 07-481-TC
      v.                        )
                                )    ORDER
STATE OF OREGON, et al.,        )
                                )
              Defendants.       )
_____ )

Magistrate Judge Thomas M Coffin has filed his Findings and
Recommendation on December 10, 2010.  The matter is now before
me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my
obligation to give the factual findings de novo review.  Lorin
Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983).  Having reviewed the legal principles

de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and

Recommendation.  Defendants' second motion for summary judgment

(#77) is allowed.  This action is dismissed with prejudice.  The

clerk of court is directed to enter judgment accordingly.

DATED this __30th__ day of December, 2010.


_____
United States District Judge

2    - ORDER